IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAY STEWART MILLER,** | CIV S-00-0757 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Respondents. | |

      Pursuant to the stipulation of the parties and for good cause shown, Respondent's post-hearing brief shall be filed no later than April 28, 2005.

      IT IS SO ORDERED.

DATED: 4/18/05

/s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
United States Magistrate Judge

mill0757.eot04

Miller Stip/Order EOT
10150985.wpd