| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | |
| 3 | ALLISON CLAIRE, Bar #170138<br>Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |
| 6 | |
| 7 | Attorney for Petitioner<br>JAY STEWART MILLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAY STEWART MILLER, | ) | NO. CIV S-00-0757 LKK GGH P |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER TEMPORARILY STAYING** |
| v. | ) | **JUDGMENT** |
| | ) | |
| CAL TERHUNE, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, and for good cause shown, the conditional grant of habeas relief ordered on August 17, 2007, is stayed for a period of 60 days. Under the terms of this stay, respondent's time to release or recharge petitioner is extended until December 15, 2007.

IT IS SO ORDERED.

Dated: September 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT