IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAY STEWART MILLER,** | CIV-S-00-0757 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Respondents. | |

In the absence of the Honorable Lawrence K. Karlton, and pursuant to E.D. Cal. Local Rule 302(b)(17), as well as pursuant to the stipulation of the parties, and for good shown, the conditional grant of habeas relief ordered on August 17, 2007, is stayed for an additional 30 days. Under the terms of this stay, respondent's time to release or recharge petitioner is extended until January 14, 2008.

Dated: 12/14/07                    /s/ Gregory G. Hollows
                                   United States Magistrate Judge

mill.sta

1