```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2
    ALLISON CLAIRE, Bar #170138
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Petitioner
    JAY STEWART MILLER
 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| JAY STEWART MILLER, | ) | NO. CIV S-00-0757 LKK GGH P |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TEMPORARY STAY OF** |
| v. | ) | **JUDGMENT** |
| | ) | |
| CAL TERHUNE, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, and for good cause shown, the conditional grant of habeas relief ordered on August 17, 2007, is stayed for an additional 60 days. Under the terms of this stay, respondent's time to release or recharge petitioner is extended until March 14, 2008.

IT IS SO ORDERED.

Dated: January 10, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT