IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAY STEWART MILLER,** | CIV-S-00-0757 LKK GGH P |
| Petitioner-Appellee, | **ORDER** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Respondents-Appellants. | |

Pursuant to the stipulation of the parties, and for good cause shown, the conditional grant of habeas corpus is stayed for until June 30, 2008.

Dated: May 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1